Simeon Otis, Plaintiff in Error, v. Louisville and Nashville Railroad Company, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

S. Pasco, Jr., for plaintiff in error.

Blount & Blount for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*